**No. 63638.**—A–1 Fish Market and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 59/3964, etc. (San Francisco).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of cooking stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiffs was sustained.

**No. 63639.**—Hurricane Import Co. and Wheeler & Miller et al. *v.* United States, protests 59/13266, etc. (San Francisco).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of cooking stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 28, 1959

**No. 63640.**—Karl Schroff & Assoc., Inc. *v.* United States, protest 59/6905 (New York).

Opinion by JOHNSON, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.